## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

TERRY LEE FREEZE,

     Plaintiff,

v.                                                                  Case No. 3:23-cv-1377-TJC-JBT

R.J. LARIZZA, State Attorney, 7th
Judicial Circuit and HOMER
DELOACH III, Sheriff,

     Defendants.

_____

## O R D E R

     This case is before the Court on the Report and Recommendation by the assigned United States Magistrate Judge recommending denying Plaintiff Terry Freeze's Motion to Proceed In Forma Pauperis and dismissing the case. Doc. 6. Upon de novo review of the file and for the reasons stated in the Report and Recommendation, it is hereby

     **ORDERED:**

     1.    The Report and Recommendation of the Magistrate Judge, Doc. 6, is **ADOPTED** as the opinion of the Court.

     2.    Plaintiff's Objection, Doc. 7, is **OVERRULED**.

3.      Plaintiff's Motion to Proceed In Forma Pauperis, Doc. 2, is **DENIED**.

4.      The case is **DISMISSED**.

5.      The clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 11th day of March, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Terry Lee Freeze
353 Lime Way
Interlachen, Florida 32148